

# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

July 30, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 3:29:06 PM
CHRISTOPHER A. PRINE
Clerk

JANI MASELLI
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FL
HOUSTON TX 77002

Defendant's Name: RICARDO LOPEZ

Cause No: 1391842

Court: 184TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 7-23-15
**Sentence Imposed Date:** 7-23-15
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** JANI MASELLI

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CYNTHIA LEE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1391842

## THE STATE OF TEXAS

V.

RICARDO LOPEZ , A/K/A/ _____

_184TH_ District Court / County Criminal Court at Law No. _____

Harris County, Texas

FILED
Chris Daniel
District Clerk
JUL 28 2015
Time: _____
By _____
Harris County, Texas
Deputy

### NOTICE OF APPEAL

## TO THE HONORABLE JUDGE OF SAID COURT:

On _July 23, 2015_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

- ☑ MOVES to withdraw.
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

| 7-23-2015 | Mark Taboada |
|---|---|
| **Date** | **Attorney (Signature)** |
| RICARDO LOPEZ | MARK H. TABOADA |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | 19601650 |
| | **State Bar Number** |
| | 11415 Chimney Rock Rd. # 206 Hstn TX 77035 |
| | **Address** |
| | 832-882-1044 |
| | **Telephone Number** |

The defendant (check all that apply):

- ☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.
- ☑ ASKS the Court to ORDER that a free record be provided to him.
- ☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

| _____ | RICARDO LOPEZ |
|---|---|
| **Defendant (Signature)** | **Defendant's Printed name** |

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ JUL 23 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _7-23-15_ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☑ Defendant's / appellant's motion is GRANTED and

    ☑ _JANI MASELLI_ - _SBT # 00791195_ (attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal.

☑ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☑ SET at $ _No Bond_

☐ TO CONTINUE as presently set.

☐ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _7-23-15_ _____

        JUDGE PRESIDING,
_184th_ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1391842

THE STATE OF TEXAS

v.

Ricardo Lopez, Defendant

IN THE 184th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

_____
Judge

7-23-15  JUL 23 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

X _____
Defendant

_____
Defendant's Counsel

Mailing Address: 1200 Baker St.

Telephone number: _____

Fax number (if any): _____

FILED
Chris Daniel
District Clerk
JUL 23 2015
Time: _____
Harris County, Texas
Deputy

State Bar of Texas ID number: 00791195

Mailing Address: 1201 Franklin St 13th fl.

Telephone number: 713 274 6721

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

# APPEAL·CARD

14th

Court 184th  9-21-15    Cause No. 1391842

## The State of Texas

### Vs.

_Ricardo Lopez_

Date Notice
Of Appeal: 7-23-15Ⓞ
7-23-2015

Presentation:              Vol._____ Pg._____

Judgment:                  Vol._____ Pg._____

Judge Presiding _Jan Krocker_
Court Reporter _Cynthia Lee_
Court Reporter _____
Court Reporter _____

Attorney
on Trial _Mark Taboada_

Attorney
on Appeal _Jani Maselli_

Appointed ___✓___ Hired _____

Offense _Agg. Sexual Asslt Child under 14_

Jury Trial:        Yes ✓    No_____

Punishment
Assessed _45 years TDC_

Companion Cases
(If Known)_____

Amount of
Appeal Bond ___—_____

Appellant
Confined:      Yes ___✓___ No_____

Date Submitted
To Appeal Section _7-28-2015_

Deputy Clerk _____